1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No.: EDCR15-0076-VAP |
|---|---|
| Plaintiff, | ORDER OF DETENTION PENDING FURTHER REVOCATION PROCEEDINGS (FED. R. CRIM. P. 32.1(a)(6); 18 U.S.C. § 3143(a)(1)) |
| v. | |
| Joseph Sanchez, | |
| Defendant. | |

The defendant having been arrested in this District pursuant to a warrant issued by the United States District Court for the __Central__ District of __California__ for alleged violation(s) of the terms and conditions of probation or supervised release; and

Having conducted a detention hearing pursuant to Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a)(1), the Court finds that:

A. ( ) The defendant has not met his/her burden of establishing by clear and convincing evidence that he/she is not likely to flee if released under 18 U.S.C. § 3142(b) or (c). This finding is based on the following:

    ( ) information in the Pretrial Services Report and Recommendation

    ( ) information in the violation petition and report(s)

    ( ) the defendant's nonobjection to detention at this time

    ( ) other: _____

1

1            and/ or

2   B. (x)    The defendant has not met his/her burden of establishing by clear and
3                 convincing evidence that he/she is not likely to pose a danger to the safety
4                 of any other person or the community if released under 18 U.S.C.
5                 § 3142(b) or (c). This finding is based on the following:

6                 (x)    information in the Pretrial Services Report and Recommendation
7                 (x)    information in the violation petition and report(s)
8                 ( )     the defendant's nonobjection to detention at this time
9                 ( )     other: _____

11 IT THEREFORE IS ORDERED that the defendant be detained pending the further
12 revocation proceedings.

14 Dated: August 11, 2021

                                                       SHASHI H. KEWALRAMANI
                                                       UNITED STATES MAGISTRATE JUDGE